PAUL S. AOKI          1286
Acting Corporation Counsel

ROBERT M. KOHN        6291
NICOLETTE WINTER   9588
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129, 5234
Facsimile:  (808) 768-5105
Email: robert.kohn@honolulu.gov,
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU

CLARE E. CONNORS     7936
Attorney General of Hawaii

CARON M. INAGAKI     3835
KENDALL J. MOSER     6515
Deputy Attorneys General
Department of the Attorney General,
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email:
Caron.M.Inagaki@hawaii.gov,
Kendall.J.Moser@hawaii.gov,

Attorneys for Defendants
CLARE E. CONNORS
and AL CUMMINGS

ALAN ALEXANDER BECK   9145
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Telephone: (619) 905-9105
Email: Alan.alexander.beck@gmail.com

Attorney for Plaintiff
ALANOA NICKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ALANOA NICKEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator; and CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendants. | Civil No. 20-00330 JMS-RT<br><br>STIPULATION AND ORDER<br><br><br><br><br><br>TRIAL:　None. |

**STIPULATION AND ORDER**

On July 27, 2020, Plaintiff Alanoa Nickel filed a complaint alleging that he is a resident of the State of Hawaii and wants to apply for a permit to acquire a firearm. He further alleges that he meets all of the eligibility requirements under Hawaii law except for the United States citizenship requirement in Hawaii Revised Statutes § 134-2(d). Nickel was born in American Samoa and is a U.S. national but not a U.S. citizen. The complaint points to this Court's ruling in *Fotoudis v. City & County of Honolulu*, 54 F. Supp. 3d 1136 (D. Haw. 2014), whereby § 134-2(d) was permanently enjoined as applied to permanent resident aliens, with the Court concluding:

2

> Defendants and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction, are enjoined from precluding lawful permanent resident aliens residing in the State of Hawaii from applying for a permit to acquire firearms as set forth in HRS § 134-2(d).

*Id*. at 1145.

The parties agree that the permanent injunction and ruling in *Fotoudis* should be extended so as to apply equally in this case.

Therefore, it is stipulated that HRS § 134-2(d)'s citizenship requirement be permanently enjoined as it applies to non-citizen United States nationals.

DATED: Honolulu, Hawaiʻi, August 10, 2020.

        PAUL S. AOKI
        Acting Corporation Counsel

        By  */s/ Robert M. Kohn*
           ROBERT M. KOHN
           NICOLETTE WINTER
           Deputies Corporation Counsel

        Attorneys for Defendants
        CITY AND COUNTY OF HONOLULU


        */s/ Alan Alexander Beck*
        ALAN ALEXANDER BECK

        Attorney for Plaintiff
        ALANOA NICKEL

---

         */s/ Kendall Moser*
         CARON M. INAGAKI, ESQ.
         KENDALL MOSER, ESQ.
         Deputy Attorneys General

         Attorneys for CLARE E. CONNORS
         and AL CUMMINGS

**IT IS APPROVED AND SO ORDERED**

DATED: Honolulu, Hawaii, August 10, 2020.



         /s/ J. Michael Seabright
         J. Michael Seabright
         Chief United States District Judge

*Nickel v. Connors, et al.*; Civil No. 20-00330 JMS-RT; Stipulation and Order