# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00330-JMS-RT |
| CASE NAME: | Alanoa Nickel v. Clare E. Connors, et al. |
| ATTYS FOR PLA: | Alan Beck |
| ATTYS FOR DEFT: | Kendall Moser<br>Robert Kohn |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 09/02/2020 | TIME: | 10:28 - 10:37 |

COURT ACTION: EP: TELEPHONE CONFERENCE held.

Discussion had.

Plaintiff and Defendant City and County of Honolulu to submit stipulation for partial dismissal.

Discussion had concerning next steps, including legislative approval, required for final resolution as to Plaintiff and Defendant State of Hawaii.

Court to update Chief Judge Seabright.

*Submitted by: Juliet Parker, Courtroom Manager.*