ALAN ALEXANDER BECK   9145
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Telephone: (619) 905-9105
Email:
Alan.alexander.beck@gmail.com

Attorney for Plaintiff
ALANOA NICKEL

CLARE E. CONNORS   7936
Attorney General of Hawaii

CARON M. INAGAKI   3835
KENDALL J. MOSER   6515
Deputy Attorneys General
Department of the Attorney General,
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email:
Caron.M.Inagaki@hawaii.gov,
Kendall.J.Moser@hawaii.gov,

Attorneys for Defendants
CLARE E. CONNORS
and AL CUMMINGS

PAUL S. AOKI   1286
Acting Corporation Counsel

ROBERT M. KOHN   6291
NICOLETTE WINTER   9588
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129, 5234
Facsimile: (808) 768-5105
Email: robert.kohn@honolulu.gov,
nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ALANOA NICKEL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator; and CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendants. | Civil No. 20-00330 JMS-RT<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU<br><br><br><br>TRIAL DATE:  None. |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT
<u>CITY AND COUNTY OF HONOLULU</u>

Plaintiff and the City and County of Honolulu ("City"), acting through counsel, hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the dismissal with prejudice of Plaintiff's claims against the City, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2

Plaintiff is voluntarily dismissing all claims, including attorney's fees, against the City. Plaintiff is retaining his claims against Defendants Clare E. Connors and Al Cummings. No party has filed a crossclaim or counterclaim.

Dismissal of the claims against the City will be with prejudice.

DATED:  Honolulu, Hawaiʻi, September 4, 2020.

/s/ Alan Alexander Beck
ALAN ALEXANDER BECK
Attorney for Plaintiff

DATED:  Honolulu, Hawaiʻi, September 4, 2020.

PAUL S. AOKI
Acting Corporation Counsel

By /s/ Robert M. Kohn
ROBERT M. KOHN
NICOLETTE WINTER
Deputies Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawaiʻi, September 4, 2020.

/s/ Kendall Moser
CARON M. INAGAKI, ESQ.
KENDALL MOSER, ESQ.
Deputy Attorneys General

Attorneys for Defendants
CLARE E. CONNORS and AL CUMMINGS

---
*Nickel v. Connors, et al.*; Civil No. 20-00330 JMS-RT; Joint Stipulation for Dismissal with Prejudice of All Claims by Plaintiff against Defendant City and County of Honolulu

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, September 4, 2020.



　　　　　　　　　　　　　　　 /s/ J. Michael Seabright
　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　Chief United States District Judge

------------------------------------------------------------------------------------
*Nickel v. Connors, et al.*; Civil No. 20-00330 JMS-RT; Joint Stipulation for Dismissal with Prejudice of All Claims by Plaintiff against Defendant City and County of Honolulu