CLARE E. CONNORS                7936
Attorney General of Hawaii

CARON M. INAGAKI               3835
KENDALL J. MOSER               6515
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
CLARE E. CONNORS and
AL CUMMINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ALANOA NICKEL,<br><br>Plaintiff,<br><br>vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii and AL CUMMINGS in his Official Capacity as the State Sheriff Division Administrator; and CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. 20-00330 JMS-RT<br><br>STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS OF PLAINTIFF ALANOA NICKEL AGAINST DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS<br><br><br><br>No Trial Date |
|---|---|

STIPULATION TO DISMISS WITH PREJUDICE ALL
CLAIMS OF PLAINTIFF ALANOA NICKEL AGAINST
DEFENDANTS CLARE E. CONNORS AND AL CUMMINGS

Plaintiff Alanoa Nickel ("Plaintiff"), by and through his attorney Alan Alexander Beck, and Defendants Clare E. Connors and Al Cummings ("Defendants"), by and through their attorneys Caron M. Inagaki and Kendall J. Moser, hereby stipulate, in consideration of the negotiated settlement agreement executed by them, to the dismissal with prejudice of Plaintiff's claims against Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Attorney's fees and costs shall be paid by Defendants to Plaintiff pursuant to the terms of the negotiated settlement agreement executed by them. The Court shall retain jurisdiction over this action through July 31, 2021 to enforce the terms of that settlement agreement.

Defendant City and County of Honolulu was dismissed from this action by Joint Stipulation filed on September 4, 2020 [ECF No. 26]. All remaining parties who have appeared in this action have signed this stipulation. There are no pending motions. No trial date has been set.

//

//

//

DATED: Honolulu, Hawaii, September 21, 2020.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
CLARE E. CONNORS and
AL CUMMINGS

DATED: Honolulu, Hawaii, September 21, 2020.

/s/ Alan Alexander Beck
ALAN ALEXANDER BECK

Attorney for Plaintiff
ALANOA NICKEL

APPROVED AND SO ORDERED:   DATED: September 21, 2020, Honolulu, HI.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

J. MICHAEL SEABRIGHT
Chief United States District Judge

Alanoa Nickel v. Clare E. Connors, et al., Civil No. 20-00330 JMS-RT; Stipulation to Dismiss with Prejudice All Claims of Plaintiff Alanoa Nickel Against Defendants Clare E. Connors and Al Cummings